IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00084-WDM-PAC

GERALDINE A. MUNIZ and
STEVEN L. MUNIZ,

    Plaintiff(s),

v.

KMART CORPORATION,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Modify Scheduling Order with Respect to the June 6, 2006 Settlement Conference and Deposition Scheduling [filed May 25, 2006; Doc. No. 17] is **GRANTED** as follows:

    The Settlement Conference set for June 6, 2006 is *vacated.*

    IT IS **FURTHER ORDERED** that counsel shall file their deposition schedule with the Court on or before **June 12, 2006.**

Dated:  May 30, 2006