IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00084-WDM-PAC

GERALDINE A. MUNIZ and
STEVEN L. MUNIZ,

    Plaintiff(s),

v.

KMART CORPORATION,

    Defendant(s).

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Modify Scheduling Order with Respect to the October 15, 2006 Discovery Deadline (Doc. #26), filed October 9, 2006, is **GRANTED** as follows:

    The discovery deadline is extended to **November 16, 2006** for the purposes of deposing Sabrina Little and a representative of Sedgwick Claims Management, and so that plaintiffs can obtain and produce to defendant requested health insurance records of Geraldine Muniz.

Dated:  October 10, 2006