IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00084-WDM-KLM

GERALDINE A. MUNIZ and
STEVEN L. MUNIZ,

    Plaintiff(s),

v.

KMART CORPORATION,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    Pursuant to the Plaintiffs' Notice of Cancellation of the August 29, 2007 Status Conference [Docket No. 79, Filed August 27, 2007],

    IT IS HEREBY **ORDERED** that the Status Conference set AUGUST 29, 2007 is **vacated.**

Dated:  August 27, 2007