IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-0084-WDM-KLM

GERALDINE A. MUNIZ AND
STEVEN L. MUNIZ,

    Plaintiffs,

v.

KMART CORPORATION,

    Defendant.

**NOTICE OF DISMISSAL**

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, August 28, 2007

                                         BY THE COURT:

                                         s/ Walker D. Miller
                                         United States District Judge